**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IPOWERUP INC., a Delaware Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>SNOW LIZARD PRODUCTS, LLC., a Florida Corporation<br><br>    Defendant. | Case No. 2:17-cv-00482-JAK-AFM_<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>JS-6 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto, by their respective undersigned counsel of record, having amicably settled this case, through entry into a Confidential Settlement Agreement (CSA), hereby stipulate and agree that this Civil Action, including all claims asserted therein, shall be and hereby is dismissed, <u>with prejudice</u>, with each Party bearing its own costs and attorneys' fees.

1

| | |
|---|---|
| 1 | **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** |
| 2 | **THAT:** |
| 3 | this Civil Action, including all claims asserted therein, is hereby dismissed, |
| 4 | <u>with prejudice</u>, with each Party bearing their own respective costs and attorneys' |
| 5 | fees in view of this STIPULATION OF DISMISSAL. This Court retains |
| 6 | jurisdiction to resolve any disputes arising under or related to the CSA, to the |
| 7 | extent permitted by law. |

Dated: September 5, 2017

_____
**HON. JOHN A. KRONSTADT**
**United States District Judge**